# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSEPH LAFAY COLEMAN,
        Appellant,
      vs.
THE STATE OF NEVADA,
        Respondent.

No. 75668

FILED

MAY 21 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court decision denying a motion for self-representation. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

This court's review of this appeal reveals jurisdictional defects. No order denying a motion for self-representation was entered in the underlying matter. Further, no statute or court rule permits an appeal from an order denying a motion for self-representation. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

---

[1]The petition for writ of mandamus, included in appellant's notice of appeal, has been docketed separately as Docket No. 75842.

18-19286

cc:    Hon. Eric Johnson, District Judge
        Law Office of Betsy Allen
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk